IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| BANK OF AMERICA, N.A., f/k/a Merrill Lynch Business Financial Services, Inc., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Civil Action No. 11-0290-CG-B |
| W. E. DAVIS & SONS CONSTRUCTION CO., INC., et al., | ) ) ) | |
| Defendants. | ) | |

## ORDER

The plaintiff having filed a notice of voluntary dismissal of defendants W.E. Davis & Sons Construction Co., Inc. and William E. Davis (Doc. 11), pursuant to Rule 41(a)(1), the plaintiff's claims against said defendants are hereby

**DISMISSED WITHOUT PREJUIDCE**.

**DONE and ORDERED** this 20th day of June, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE