IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **BANK OF AMERICA, N.A., f/k/a** | ) | |
| **Merrill Lynch Business Financial** | ) | |
| **Services, Inc.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO. 11-0290-CG-C** |
| | ) | |
| **W.E. DAVIS & SONS** | ) | |
| **CONSTRUCTION CO., INC.,** | ) | |
| **WILLIAM E. DAVIS, and** | ) | |
| **DONALD DAVIS,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER**

This cause is before the court on the Suggestion of Bankruptcy filed by

defendant Donald Davis (Doc.36), in which the defendant advises that he filed his

Chapter 13 Petition in the United States Bankruptcy Court for the Southern

District of Alabama, Southern Division, Case No. 12-1168, on April 2, 2012.

Pursuant to 11 U.S.C. § 362, the filing of a bankruptcy petition operates as a

stay of an action.  Accordingly, this action is **STAYED**, and the clerk of court is

directed to place this matter on the court's administrative docket.[1]

---

[1]Defendants W. E. Davis and Sons Construction Co., Inc. and William Davis were dismissed without prejudice by order dated June 20, 2011 (Doc. 12).

The parties shall notify the court within thirty (30) days of the resolution of the bankruptcy proceedings, or of a lift of the stay, at which time this action will be re-instated to the court's active docket.

**DONE and ORDERED** this 4th day of April, 2012.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE